*State v. Washington,* 260 S.W.3d 875, 879 (Mo.App. E.D.2008). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

Thomas GALLAGHER, Appellant,

v.

Ann GALLAGHER, Respondent.

No. ED 93447.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 31, 2010.

Gregory M. Gantz, Chesterfield, MO, for appellant.

Maia Brodie, Clayton, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Thomas Gallagher ("Father") appeals from the judgment of the trial court granting the motion of Ann Gallagher ("Mother") for attorney fees and reimbursement of college expenses.

Leland LACHANCE, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. ED 93451.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 31, 2010.

Gwenda R. Robinson, St. Louis, MO, for Appellant.

Shaun J. Mackelprang, John W. Grantham, Jefferson City, MO, for Respondent.

Before SHERRI B. SULLIVAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.